Leeds Brown Law
134 Mineola Boulevard, 2nd Floor
Mineola, New York 11501
(516) 873-9550
*Attorneys at Law*

***VIA ECF*** July 28, 2026

Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: McKevitt v. Flexibility Capital Inc., et al.**
Case No: 1:26-cv-03980-LJL

Dear Judge Liman:

Our firm represents Plaintiff Joseph McKevitt ("Plaintiff") in the above referenced action, and we write pursuant to Your Honor's July 21, 2026 Order (Dkt. 16). Plaintiff respectfully requests the Court for permission to voluntarily dismiss this matter without prejudice as the reason for the dismissal was not result of a settlement agreement between the Parties and to vacate the Aug. 7, 2026 deadline for the Parties to submit a joint letter as well as the Aug. 11, 2026 Settlement Hearing. Rather, Plaintiff has independently elected not to pursue this matter further for personal reasons and does not wish to challenge certain aspects of his prior employment agreement with Defendants.

We thank you for the time and consideration in this matter, and Plaintiff is available at the Court's convenience.

Respectfully submitted,

*/s/ Michael A. Tompkins*
Michael A. Tompkins, Esq.
**LEEDS BROWN LAW, P.C.**
134 Mineola Blvd, 2nd Flr
Mineola, NY 11501
(516) 873-9550
mtompkins@leedsbrownlaw.com

Pursuant to the Second Circuit's decision in *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022), courts are required to evaluate voluntary dismissals of FLSA claims to ensure that they do not obscure settlement. In light of the parties joint stipulation that the action be dismissed without prejudice and is not the result of a settlement between the parties, the action is dismissed without prejudice.
Date: July 29, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge